**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD MACALUSO,<br><br>                 Petitioner,<br><br>     v.<br><br>WARDEN FCI LOMPOC II,<br><br>                 Respondent. | Case No. 2:24-cv-10458-SPG (AS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, *see* (ECF No. 1 ("Petition")); the Motion to Dismiss, *see* (ECF No. 17); the records on file; and the Interim Report and Recommendation of the United States Magistrate Judge, *see* (ECF No. 36 ("Report")).  No objection to the Report has been filed.  The Court accepts the findings and recommendations of the Report.

**IT IS ORDERED** that:

1. The Petition for a Writ of Habeas Corpus erroneously filed at ECF No. 10 is hereby STRICKEN.

2. Respondent Warden, FCI Lompoc II's ("Respondent") Motion to Dismiss, (ECF No. 17), is DENIED.

3.   Petitioner Todd Macaluso's Motion to Expedite, (ECF No. 32), is DENIED as MOOT.

4.   Respondent is directed to answer the Petition within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

DATED:  December 12, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE